**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
Norman B. Blumenthal, Cal. Bar No. 068687
E-mail:  norm@bamlawca.com
Kyle R. Nordrehaug, Cal Bar No. 205975
E-mail:  kyle@bamlawca.com
Aparajit Bhowmik, Cal Bar No. 248066
E-mail:  aj@bamlawca.com
Piya Mukherjee, Cal Bar No. 274217
E-mail: piya@bamlawca.com
Victoria B. Rivapalacio, Cal. Bar No. 275115
E-mail: victoria@bamlawca.com
Charlotte E. James, Cal. Bar No. 308441
E-mail:  charlotte@bamlawca.com
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff Felipe Chavez

*[Additional Counsel Located on Following Page]*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE CHAVEZ, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>        Plaintiff,<br>v.<br><br>UTILITY TREE SERVICE, LLC, a Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. **5:23-cv-00154-JFW-KSx**<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>FRCP 41(a)(1)(A)(ii)<br><br>Complaint Filed: December 15, 2022<br>Complaint Removed: January 27, 2023<br>Trial: Not yet set |

1   Shiva Shirazi Davoudian (Bar No. 232771)
    sdavoudian@littler.com
2   **LITTLER MENDELSON, P.C.**
    2049 Century Park East
3   5th Floor
    Los Angeles, California 90067.3107
4   Telephone:  (310) 553-0308
    Facsimile:   (310) 553-5583
5
    Lin Zhan (Bar No. 317087)
6   lzhan@littler.com
    Meri Dichigrikian (Bar No. 328586)
7   mdichigrikian@littler.com
    **LITTLER MENDELSON, P.C.**
8   633 West Fifth St., 63rd Floor
    Los Angeles, CA 90071
9   Tel: 213.443.4300
    Fax: 213. 443.4299
10
    Attorneys for Defendant
11  UTILITY TREE SERVICE, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff Felipe Chavez ("Plaintiff") and Defendant Utility Tree Service, LLC ("Defendant") (collectively, "Parties"), by and through their respective counsel of record, enter into this Stipulation to dismiss all claims brought in the above-captioned action. The Parties hereby stipulate and agree as follows:

**WHEREAS**, Plaintiff's operative complaint alleges eight causes of action against Defendant on behalf of himself and the Class Members for (1) unfair competition; (2) failure to pay minimum wages; (3) failure to pay overtime; (4) failure to provide required meal periods; (5) failure to provide required rest periods; (6) failure to provide accurate itemized statements; (7) failure to reimburse employees for required expenses; and (8) failure to pay sick pay wages;

**WHEREAS**, Plaintiff has decided to dismiss this action pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 41(a)(1)(A)(ii);

**WHEREAS**, under FRCP Rule 23, Court approval of the dismissal of Plaintiff's class claims is not required because it is not a voluntary dismissal of "the claims, issues, or defenses of a *certified* class." FRCP 23(e) (emphasis added); *see also* Advisory Committee Notes on 2003 Amendments to Rule 23, Subdivision (e), Paragraph (1) ("[t]he new rule requires [court] approval only if the claims, issues or defenses of a certified class are resolved by … voluntary dismissal") (emphasis added);

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and through the Parties' respective counsel, as follows:

1.  Plaintiff's individual claims are hereby dismissed with prejudice pursuant to FRCP Rule 41(a)(1)(A)(ii);

2.  Plaintiff's class claims are hereby dismissed without prejudice to other putative class members, pursuant to FRCP Rule 41(a)(1)(A)(ii); and

3.  The Parties will each bear their own costs and fees with respect to the prosecution and defense of the claims asserted in the action.

**IT IS SO STIPULATED.**

1

2   Dated:  December 11, 2023    LITTLER MENDELSON, P.C.

3

4                                          By          _/s/ Shiva Shirazi Davoudian_

5                                                      Shiva Shirazi Davoudian
                                                       Lin Zhan
6                                                      Meri Dichigrikian

7                                                      Attorneys for Defendant

8

9   Dated:  December 11, 2023    BLUMENTHAL NORDREHAUG BHOWMIK
                                 DE BLOUW LLP
10

11

12                                         By          _/s/ Victoria B. Rivapalacio_
                                                       Piya Mukherjee
13                                                     Victoria B. Rivapalacio
                                                       Charlotte E. James
14

15                                                     Attorneys for Plaintiff

16
    4860-9038-1196.1 / 100715-1030
17

18

19

20

21

22

23

24

25

26

27

28

-2-

# CERTIFICATE OF SERVICE [F.R.C.P. §5]

I am a citizen of the United States and a resident of the State of California. I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2255 Calle Clara, La Jolla, California 92037.

On December 12, 2023, I served the document(s) described as below in the manner set forth below:

## JOINT STIPULATION OF DISMISSAL

__X__ (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Central District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

(Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 12, 2023, at San Diego, California.

_____
Gerardo Galaviz

-1-